

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT JOSEPH GAUDET, JR., | § | No. 08-24-00404-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| KARIN GAUDET-ASMUS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM0238) |

## MEMORANDUM OPINION

Before the Court is Appellant's motion, with agreement of Appellee, pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), asking this Court to dispose of the present appeal by setting aside the trial court's judgment without regard to the merits and remanding the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. Along with the motion is a signed copy of the parties' Rule 42.1(a)(2) agreement stating that they have entered a mediated settlement agreement resolving this appeal. *Id.* 42.1(a)(2) (requiring a signed agreement filed with the appellate clerk).

We grant the motion. Accordingly, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with

the parties' agreement. *See id.* 42.1(a)(2)(B). Costs are taxed against the party incurring the same pursuant to their agreement. *Id.* 42.1(d)

LISA J. SOTO, Justice

December 19, 2024

Before Alley, C.J., Palafox and Soto, JJ.